UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Centre Way Company Limited,** | Civil Action No: 22-cv-05674 |
| **Plaintiff,** | |
| | Honorable Judge Edgardo Ramos |
| v. | |
| **Guangzhou Wakiki Trading Co., Ltd., and ZHU AIJU** | Honorable Magistrate Judge Valerie Figueredo |
| **Defendants.** | |

**DEFAULT JUDGMENT**

THIS CASE having been commenced by Plaintiff Centre Way Company Limited. against the Defendants Guangzhou Wakiki Trading Co., Ltd., and ZHU AIJU (together the "Defaulting Defendants") and Plaintiff having moved for entry of Default and Default Judgment against the Defaulting Defendants;

THE COURT having determined that it has personal jurisdiction over the Defendant because the Defendant directly targets its business activities toward consumers in the United States, including New York, by offering to sell and shipping infringing products to this Judicial District that infringe on one or more claims of Plaintiff's U.S. Patent No. 7,477,229 ("the '229 Patent" or "Asserted Patent").

This Court having entered, upon a showing by Plaintiff, a preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or email, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being

1

notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording it the opportunity to answer and present its objections; and

Defaulting Defendants failed to answer the Complaint or appear in any way, and the time for answering the Complaint having expired.

IT IS HEREBY ORDERED that Plaintiff's Order to Show Cause Why Default Judgment and Permanent Injunction Should Not Be Entered is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Default Judgment is entered against Defaulting Defendants.

Accordingly, this Court ORDERS that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. from manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products that infringing upon the '229 Patent;

    b. from secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any Infringing Products; (ii) any evidence relating to the infringing activities; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, Defaulting Defendants, including, but not limited to, any assets held by or on behalf of Defaulting Defendants;

    c. from effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the

prohibitions set forth in Subparagraphs (a) and (b).

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for the Defaulting Defendants, or in connection with Defaulting Defendants' Online Marketplace, including, without limitation, any online marketplace platform such as eBay Inc. ("eBay"), Amazon.com, Inc. ("Amazon") (collectively, the "Third Party Providers") shall within ten (10) business days after receipt of such notice disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the '229 Patent.

3. Plaintiff is awarded profits from the Defaulting Defendants for infringing use of the '229 Patent on products sold through at least the full amount of Defaulting Defendants' Online Marketplaces account.

4. Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc.("PayPal"), and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Final Default Judgment on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, and Amazon Pay, shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified damages award, currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, and Amazon Pay, are ordered to release

to Plaintiff the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by Defaulting Defendants, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, and Amazon Pay, shall within ten (10) business days:

    a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Complaint, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. restrain and enjoin such accounts or funds from transferring or disposing o of any money or other of Defaulting Defendants' assets; and

    c. release all monies, up to the above identified damages award, restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

Dated: December 1, 2022

                                                  Honorable Judge Edgardo Ramos